BLACKSTONE HOLDING COMPANY, v. W. H. LAWRENCE, as Sheriff, etc.

12 So. (2nd) 167                                    January Term, 1943
March 5, 1943                                          Division B

*Carroll Dunscombe,* for plaintiff in error.

*E. M. Baynes,* for defendant in error.

PER CURIAM:

The whole record has been considered, and no error is made to appear.

The judgment is affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.